UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-62580-CIV-MORENO

CRAIG CUNNINGHAM,

    Plaintiff,

vs.

CARRIBEAN CRUISE LINES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and is fully advised in the premises. Plaintiff has not filed an amended complaint in accordance with this Court's Order dated **December 29, 2016**, which required that Plaintiff file an amended complaint by noon on January 15, 2017 and stated that the failure to do so would be grounds for dismissal **(D.E. No. 30)**. Accordingly, it is

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(i). Further, all pending motions are DENIED as MOOT with leave renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ of January 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record